UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS SIMPSON,

                    Plaintiff,

          - *against* -

 FLUENT INC.,

                    Defendant.

**<u>ORDER</u>**

23-mc-00475 (ER)

<u>Ramos, D.J.:</u>

       On December 11, 2023, Simpson moved this Court, pursuant to Federal Rule of Civil

Procedure 45, to issue an order compelling Fluent to respond to a third-party Subpoena seeking

documents related to an action in the Middle District of Florida.  Doc. 1.  Fluent offered

objections to the Subpoena in the Middle District of Florida, but has not yet appeared in this case

or otherwise moved to quash the Subpoena.  The Court grants Simpson's motion, and orders

Fluent to respond to the third-party Subpoena.  This Order is without prejudice to Fluent to make

any appropriate motion for relief.

It is SO ORDERED.

Dated:   December 15, 2023
         New York, New York

_____
         Edgardo Ramos, U.S.D.J.