UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS SIMPSON,

                Plaintiff,

- *against* -

FLUENT INC.,

                Defendant.

**ORDER**

23-mc-00475 (ER)

Ramos, D.J.:

      On December 11, 2023, Simpson moved to compel Fluent to respond to a nonparty subpoena seeking documents related to an action in the Middle District of Florida. Doc. 1. The Court granted Simpson's motion, and stated that the order was without prejudice regarding Fluent's ability to make any appropriate motion for relief. Doc. 4. Fluent has now moved for a stay of the order and has asked the Court to enter a briefing schedule. Doc. 5. The Court GRANTS Fluent's motion and stays its previous order, Doc. 4. Fluent's opposition to the motion to compel will be due on January 11, 2024, and Simpson's response will be due on January 18, 2024. The Clerk of the Court is respectfully directed to terminate Doc. 5. It is SO ORDERED.

Dated:   December 21, 2023
            New York, New York

                                                              Edgardo Ramos, U.S.D.J.